# United States Court of Appeals
## For the First Circuit

No. 07-1860

MARK LESSARD AND LINDA LESSARD,

Plaintiffs, Appellants,

v.

WILTON-LYNDEBOROUGH COOPERATIVE SCHOOL DISTRICT AND
NEW HAMPSHIRE DEPARTMENT OF EDUCATION,

Defendants, Appellees.

ERRATA SHEET

The opinion of this Court issued on February 28, 2008 is corrected as follows:

On p.21, l.23, "the IEP favored" should be "Stephanie was the beneficiary of".